**Allen N. FLETCHALL, Appellant,**

v.

**Loes J. FLETCHALL, Respondent.**

**No. WD 51565.**

Missouri Court of Appeals,
Western District.

Submitted Feb. 16, 1996.

Decided April 23, 1996.

Rehearing Denied May 28, 1996.

Theodore M. Kranitz, St. Joseph, for appellant.

Allan D. Seidel, Trenton, for respondent.

Before HANNA, P.J., and SMART and ELLIS, JJ.

### *ORDER*

PER CURIAM:

Allen N. Fletchall appeals the judgment in a dissolution case, challenging the trial court's division of property and award of maintenance to Loes J. Fletchall after the remand in *Fletchall v. Fletchall,* 896 S.W.2d 523 (Mo.App.1995).

The judgment of the trial court is affirmed. Rule 84.16(b).